WILLIAM J. McGILLIN v. WILLIAM GLEASON.

[FILED MAY 18, 1892.]

Replevin: COSTS: JURISDICTION. In an action of replevin, where each party recovers a part of the property in controversy, it is within the jurisdiction of the district court to apportion the costs between them.

ERROR to the district court for Chase county. Tried below before COCHRAN, J.

*C. W. Meeker*, for plaintiff in error.

*P. W. Scott*, and *S. S. Bishop*, contra.

POST, J.

This was an action of replevin in the district court of Chase county. The subject of the controversy is a quantity of household goods and provisions, groceries, hardware, carpenters' and blacksmiths' tools, etc. Verdict and judgment for plaintiff as to part of the property and for the defendant as to the remainder. The case, by agreement, is submitted without brief of either party.

We have read over the evidence in the bill of exceptions without discovering any error. The evidence is conflicting and the verdict cannot be said to be so clearly against the weight of evidence as to justify us in reversing it.

It is further objected that the district court erred in

dividing the costs between the parties.    There is no error in the order complained of.    Each party had recovered a part of the property in controversey, and the court, in its discretion, properly divided the costs between them.

AFFIRMED.

THE other judges concur.